# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-03736-RGK-E | Date | August 9, 2021 |
|---|---|---|---|
| | *Angel Omar Alvarez et al v. XPO Logistics Cartage, LLC et al* | | |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Applications to Seal [DEs 361, 368, 388, 393, 407, 409, 420, 422, 430, 434, 452, 455, 458, 472, 477, 485 & 497]

The Applications to file documents under seal pending at Docket Entries 361, 368, 388, 393, 407, 409, 420, 422, 430, 434, 452, 455, 458, 472, 477, 485 & 497 are hereby **DENIED**.[1] The parties shall either (1) withdraw the filings associated with the Applications or (2) file unredacted versions of the filings associated with the Applications by no later than **Wednesday, August 11, 2021**. Failure to take one of these two actions will result in an order striking the filings associated with the Applications without further notice.

**IT IS SO ORDERED.**

                                                                                    :
                                                          Initials of Preparer

---

[1] To the extent the parties have already been granted leave to file specific documents under seal, those documents shall remain sealed.