SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
ANDREW J. WEISBERG (S.B. #307519)
aweisberg@omm.com
CHRISTIANNA KYRIACOU MANTAS
(S.B. #313379)
ckyriacou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

*Attorneys for Defendant and
Counterclaimant XPO Logistics Cartage,
LLC and Defendants XPO Cartage, Inc.,
XPO Logistics, Inc., XPO Logistics,
LLC, XPO Intermodal Solutions, Inc.,
and XPO Intermodal Services, LLC*

*Continued on third page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANGEL OMAR ALVAREZ, an
individual; ALBERTO RIVERA, an
individual; and FERNANDO
RAMIREZ, an individual; JUAN
ROMERO, an individual; and JOSE
PAZ, an individual; on behalf of
themselves and all others similarly
situated,

                    Plaintiffs,

          v.

XPO LOGISTICS CARTAGE, LLC
dba XPO LOGISTICS, a Delaware
Limited Liability Company; XPO

Case No. 2:18-cv-03736-RGK-E

**JOINT STIPULATION
REGARDING CLASS ACTION
SETTLEMENT**

Dept:      850
Judge:    Hon. R. Gary Klausner

Related to Case No:
2:18-cv-08220-RGK-E

CARTAGE, INC. dba XPO
LOGISTICS, a Delaware
corporation; XPO LOGISTICS, INC.
dba XPO LOGISTICS, a Delaware
corporation; XPO LOGISTICS, LLC
dba XPO LOGISTICS, a Delaware
limited liability company; XPO
INTERMODAL SOLUTIONS, INC.
dba XPO LOGISTICS, an Ohio
corporation; XPO INTERMODAL
SERVICES, LLC dba XPO
LOGISTICS, a Delaware limited
liability company; JEFFREY
TRAUNER, an individual; and
DOES 1 through 10, inclusive,

Defendants.

_____

XPO LOGISTICS CARTAGE, LLC
dba XPO LOGISTICS, a Delaware
Limited Liability Company,

Counterclaimant,

v.

ANGEL OMAR ALVAREZ, an
individual; ALBERTO RIVERA, an
individual; and FERNANDO
RAMIREZ, an individual; JUAN
ROMERO, an individual; and JOSE
PAZ, an individual; on behalf of
themselves and all others similarly
situated,

Counterclaim-
Defendants.

_____

JOINT STIP. RE SETTLEMENT
2:18-CV-03736-RGK-E

1   *Continued from first page*

2   **LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
3   KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
4   Glendale, California 91203
Telephone: (818) 291-0088
5   Facsimile: (818) 240-9955

6   **BUSH GOTTLIEB, ALC**
JULIE GUTMAN DICKINSON (Bar No. 148267)
7   IRA L. GOTTLIEB (Bar No. 103236)
HECTOR DE HARO (Bar No. 300048)
8   ESTEPHANIE VILLALPANDO (Bar No.  323087)
801 N. Brand Boulevard, Suite 950
9   Glendale, California 91203
Telephone: (818) 973-3200
10  Facsimile: (818) 973-3201

11  *Attorneys for Plaintiffs and Counterclaim-Defendants*
*Angel Omar Alvarez, Alberto Rivera, Fernando*
12  *Ramirez, Juan Romero, and Jose Paz*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1      Defendants XPO Logistics Cartage, LLC, XPO Cartage, Inc., XPO Logistics,

2   Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal

3   Services, LLC (collectively "XPO"); and Plaintiffs Angel Omar Alvarez, Alberto

4   Rivera, Fernando Ramirez, Juan Romero, and Jose Paz (collectively, the "*Alvarez*

5   Plaintiffs," and together with XPO, the "Parties") hereby stipulate:

6      WHEREAS, the *Alvarez* Plaintiffs and XPO reached a tentative settlement of

7   the above-captioned case on August 9, 2021, following an all-day mediation, and

8   documented their tentative settlement in a Memorandum of Understanding the same

9   day;

10      WHEREAS, in the course of negotiating a full-length settlement agreement,

11   the Parties agreed that based on the initial class notice which already provided all

12   Class Members the opportunity to request exclusion and as a result of which nine

13   (9) drivers have chosen to opt-out in this action, the opt-out opportunity has been

14   satisfied, and under Ninth Circuit caselaw, as set forth in *Low v. Trump University,*

15   *LLC*, 881 F.3d 1111, 1121 (9th Cir. 2018), due process does not require that class

16   members must be offered another opt-out opportunity post-settlement, particularly

17   in light of the availability of a fairness hearing at which dissenters can object and

18   the right to review on appeal;

19      WHEREAS, the Notice of Settlement to the Class, which disclosed the terms

20   of the settlement and which the Court approved, does not provide another opt-out

21   opportunity;

22      WHEREAS, to offer class members another opt-out opportunity post-

23   settlement would, as the Ninth Circuit stated in  *Low*, "impede the settlement

24   process so favored in the law";

25      THEREFORE, the Parties agree that an opt-out opportunity post-settlement

26   is unnecessary and would undermine the settlement, which was granted preliminary

27   approval by this Court.

28

JOINT STIP. RE SETTLEMENT
2:18-CV-03736-RGK-E

Dated: October 12, 2021          O'MELVENY & MYERS LLP

By: /s/ Scott Voelz
          Scott Voelz

Attorneys for Defendant and
Counterclaimant XPO Logistics Cartage,
LLC and Defendants XPO Cartage, Inc.,
XPO Logistics, Inc., XPO Logistics,
LLC, XPO Intermodal Solutions, Inc.,
and XPO Intermodal Services, LLC

Dated: October 12, 2021          LAW OFFICES OF C. JOE SAYAS, JR.

By: /s/ C. Joe Sayas, Jr.
          C. Joe Sayas, Jr.

Attorneys for Plaintiffs and
Counterclaim-Defendants Angel Omar
Alvarez, Alberto Rivera, Fernando
Ramirez, Juan Romero, and Jose Paz

JOINT STIP. RE SETTLEMENT
2:18-CV-03736-RGK-E

1

## **Local Rule 5-4.3.4(a)(2) Attestation**

2      I hereby attest that the other signatories listed, on whose behalf the filing is

3  submitted, concur in the filing's content and have authorized the filing.

4

5              Dated: October 12, 2021          O'MELVENY & MYERS LLP

6                                               By: /s/ Scott Voelz

7                                                     Scott Voelz

8                                               Attorneys for Defendant and
                                                Counterclaimant XPO Logistics Cartage,
9                                               LLC and Defendants XPO Cartage, Inc.,
                                                XPO Logistics, Inc., XPO Logistics, LLC,
10                                              XPO Intermodal Solutions, Inc., and XPO
11                                              Intermodal Services, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. RE SETTLEMENT
2:18-CV-03736-RGK-E