SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
ANDREW J. WEISBERG (S.B. #307519)
aweisberg@omm.com
CHRISTIANNA KYRIACOU MANTAS
(S.B. #313379)
ckyriacou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

*Attorneys for Defendant and Counterclaimant XPO Logistics Cartage, LLC and Defendants XPO Cartage, Inc., XPO Logistics, Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal Services, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OMAR ALVAREZ, an individual; ALBERTO RIVERA, an individual; and FERNANDO RAMIREZ, an individual; JUAN ROMERO, an individual; and JOSE PAZ, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XPO LOGISTICS CARTAGE, LLC dba XPO LOGISTICS, a Delaware Limited Liability Company; XPO CARTAGE, INC. dba XPO LOGISTICS, a Delaware | Case No. 2:18-cv-03736-RGK-E<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXHIBIT TO THE JUDGMENT**<br><br>Dept:    850<br>Judge:   Hon. R. Gary Klausner<br><br>Related to Case No:<br>2:18-cv-08220-RGK-E |

| | |
|---|---|
| 1 | corporation; XPO LOGISTICS, INC. dba XPO LOGISTICS, a Delaware corporation; XPO LOGISTICS, LLC dba XPO LOGISTICS, a Delaware limited liability company; XPO INTERMODAL SOLUTIONS, INC. dba XPO LOGISTICS, an Ohio corporation; XPO INTERMODAL SERVICES, LLC dba XPO LOGISTICS, a Delaware limited liability company; JEFFREY TRAUNER, an individual; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |
| 12 | ─────────────────────────── |
| 13 | XPO LOGISTICS CARTAGE, LLC dba XPO LOGISTICS, a Delaware Limited Liability Company, |
| 14 | |
| 15 | Counterclaimant, |
| 16 | |
| 17 | v. |
| 18 | ANGEL OMAR ALVAREZ, an individual; ALBERTO RIVERA, an individual; and FERNANDO RAMIREZ, an individual; JUAN ROMERO, an individual; and JOSE PAZ, an individual; on behalf of themselves and all others similarly situated, |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Counterclaim-Defendants. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# NOTICE OF LODGING

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 5-4.4, Defendants XPO Logistics Cartage, LLC, XPO Cartage, Inc., XPO Logistics, Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal Services, LLC hereby submit to the Court the [Proposed] Order Granting Joint Request for Exhibit to the Judgment.

Dated: February 2, 2022

O'MELVENY & MYERS LLP

By: /s/ Scott Voelz
　　　Scott Voelz

Attorneys for Defendant and Counterclaimant XPO Logistics Cartage, LLC and Defendants XPO Cartage, Inc., XPO Logistics, Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal Services, LLC