JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ANGEL OMAR ALVAREZ, et al.,

        Plaintiffs,

   vs.

XPO LOGISTICS CARTAGE, LLC
dba XPO LOGISTICS, et al.,

        Defendants.

_____

AND CONSOLIDATED ACTIONS
_____

Case No.: 2:18-cv-03736-RGK-E
Hon. R. Gary Klausner

Related with Case Number:
2:18-CV-08220-RGK-E

CLASS ACTION

[Proposed] **FINAL ORDER AND JUDGMENT**

WHEREAS, Plaintiffs and Class Representatives Angel Omar Alvarez, Alberto Rivera, Fernando Ramirez, Juan Romero, Jose Paz, Jairo Moreno Martinez, Jesus Carreon, Rodolpho Moreno, and Edgar Mendoza (collectively, "Plaintiffs"), on behalf of themselves and the Class, and Defendants XPO Logistics Cartage, LLC, XPO Cartage, Inc., XPO Logistics, Inc., XPO Logistics, LLC, XPO Intermodal Solutions, Inc., and XPO Intermodal Services, LLC (collectively, "Defendants"), by and through their respective

duly-authorized counsel, entered into a Class Action Settlement Agreement (hereafter, the "Settlement") in the above-captioned litigation (hereafter, the "Action"), filed on February 26, 2018;

WHEREAS, pursuant to the Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Fairness Hearing, entered on October 8, 2021 (the "Preliminary Approval Order"), the Court scheduled a hearing for December 18, 2021 at 9:00 a.m. (the "Fairness Hearing") to, among other things: (i) determine whether the proposed settlement of the Action on the terms and conditions provided in the Settlement is fair, reasonable and adequate, and should be approved by the Court, and (ii) determine whether a judgment as provided for in the Settlement should be entered;

WHEREAS, the Court ordered that the Notice of Proposed Class Action Settlement, substantially in the form attached as Exhibit 3 to the Settlement, be mailed by first-class mail, postage prepaid, within 15 days after the date of entry of the Preliminary Approval Order ("Notice Date") to all Class Members identified through reasonable effort;

WHEREAS, the Notice of Proposed Class Action Settlement advised Class Members of the date, time, place and purpose of the Fairness Hearing, and further advised that any objection to the Settlement was required to be filed with the Court, and served on the Settlement Administrator, CPT Group, on or before December 6, 2021;

WHEREAS, the provisions of the Preliminary Approval Order as to notice of the settlement were fully complied with, and notice to the Class was given in the manner required by the Court;

WHEREAS, on December 13, 2021, Plaintiffs moved for Final Approval of the Settlement, as set forth in the Preliminary Approval Order;

WHEREAS, the Fairness Hearing was duly held before this Court on January 10, 2022 at which time all interested persons were afforded the opportunity to be heard;

WHEREAS, the Plaintiffs' Motion for Final Approval of the Settlement includes a request for final approval of the settlement of claims under the California Labor Code

Private Attorney General Act ("PAGA"), as required by California Labor Code section 2699, subdivision (l), for the civil penalties sought as part of the Settlement;

WHEREAS, this Court has duly considered the Plaintiffs' Motion, all papers and evidence submitted in connection therewith, the Settlement, and all of the submissions and arguments presented at the Fairness Hearing with respect to the proposed Settlement;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Final Order and Judgment ("Judgment") incorporates by reference the definitions in the Settlement, and all capitalized terms used in this Judgment that are not otherwise defined shall have the same meanings as those set forth in the Settlement.

2. This Court has jurisdiction over the subject matter of the Action, and over all parties and all those found by the Court to be members of the Class, which means the class certified by the Court's Order of September 16, 2020, excluding (except for purposes of the PAGA claim) those individuals who previously, timely, and validly opted out, which included Michael Tesfamariam Yebio, Ignacio Lopez, Noe Campos, Firas Qanbar, Alvaro Baez Duarte, Armando Henriquez, Luis Humberto Montalvo, Mariano A. Saravia, and Osman Rafael Garcia, as well as those who settled their claims prior to the said certification order. A list of the members of the Class is attached hereto as Exhibit A. Notwithstanding the foregoing, the Court does retain jurisdiction over the opt outs for the limited purposes of the settlement of the PAGA claim.

3. The notification provided for and given to the Class: (i) was provided and made in full compliance with the Court's Preliminary Approval Order; (ii) constituted the best notice practicable under the circumstances; (iii) constituted notice that was reasonably calculated to apprise the Class of the terms of the Settlement, of the proposed plan of allocation, of Class Counsel's application for an award of attorneys' fees and litigation expenses incurred in connection with this Action, of Class Counsel's application for Service Awards to Plaintiffs and certain active class members, and of the right of Class Members to appear at the Fairness Hearing; (iv) constituted due, adequate, and sufficient

notice to all persons entitled to receive notice of the proposed Settlement; and (v) fully satisfied the notice requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause of the Fifth Amendment to the Constitution), and all other applicable law and rules.

4.     In light of the substantial benefits provided to the Class by the Settlement, the complexity, expense and possible duration of further litigation of the Action, including any possible appeals, the risks of establishing liability and damages, and the costs of continued litigation, the Court hereby fully and finally approves the settlement as set forth in the parties' Class Action Settlement Agreement in all respects, including, without limitation, the PAGA penalties sought therein, and finds that the Settlement is, in all respects, fair, reasonable and adequate, and in the best interests of the Plaintiffs, the Class, and the Class Members.

5.     This Court further finds that the Settlement is the result of arms-length negotiations conducted under the supervision of a neutral mediator by highly experienced counsel representing the interests of their respective parties.

6.     Plaintiffs and Defendants (collectively, the "Settling Parties") are hereby ordered to consummate the Settlement in accordance with the terms and provisions therein, except with respect to the attorneys' fees, costs, and incentive payments, on which the Court separately ruled on February 8, 2022.  In accordance with the Court's February 8, 2022 order, the Court has approved attorneys' fees to class counsel in the amount of $6,666,660, with 90 percent of the award allocated to counsel for the *Alvarez* and *Martinez* Plaintiffs to be divided per their agreement and the remaining 10 percent of the award allocated to counsel for the *Mendoza* Plaintiff.  Also in accordance with the Court's February 8, 2022 order, the Court has approved an award of litigation costs in the amount of $386,225.67 to the *Alvarez* counsel and $14,800.16 to the *Martinez* counsel, and the Court has approved incentive payments in the amount of $15,000 to each *Alvarez* Plaintiff, $10,000 to each *Martinez* Plaintiff and Mendoza, and $2,000 to each Active Class Member.

7.     The settlement of the PAGA claims released in the Settlement is approved on behalf of the "aggrieved employees," as that term is used in California Labor Code section 2698, et seq.   Settlement of the PAGA claims is binding on the parties, aggrieved employees, and the California Labor and Workforce Development Agency, including all members of the Class as well as those that opted out..

8.     The operative Fourth Amended Complaint in this Action, filed on December 13, 2019, is hereby dismissed in its entirety, with prejudice, and without costs to any party, except as otherwise provided in the Settlement.

9.     The Court further finds that during the course of the Action, the Settling Parties and their respective counsel at all times complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

10.    Upon the Effective Date of the Settlement, Plaintiffs and all other Class Members, on behalf of themselves and each of their respective heirs, executors, trustees, administrators, predecessors, successors, and assigns, shall be deemed to have fully, finally and forever waived, released, discharged, and dismissed each and every one of the Released Claims as against each and every one of the Releasees, and shall forever be barred, enjoined and restrained from commencing, instituting, prosecuting or maintaining any and all of the Released Claims against any and all of the Releasees.

11.    Each Class Member is bound by this Judgment, including, without limitation, the release of claims set forth above.   The persons listed in Exhibit 2 to the Settlement have validly and timely requested exclusion from the Class, such that those persons are excluded from the Class and are not Class Members but remain bound by the Settlement with respect to the resolution of the PAGA claim.

12.    This Judgment and the Settlement, whether or not consummated, and any discussions, negotiations, proceedings or agreements relating to the Settlement, and any matters arising in connection with settlement discussions or negotiations, proceedings, or agreements, shall not be offered or received against or to the prejudice of the settling parties, or their respective counsel, for any purpose other than in an action to enforce the

[Proposed] FINAL ORDER AND JUDGMENT

terms hereof, and in particular:

a. do not constitute, and shall not be offered or received against or to the prejudice of Defendants as evidence of, or construed as, or deemed to be evidence of any presumption, concessions, or admissions by Defendants with respect to the truth of any allegation by Plaintiffs and the Class, or the validity of any claim that has been or could have been asserted in the Action or in any litigation, including, but not limited to, the Released Claims, or of any liability, damages, negligence, fault or wrongdoing of Defendants or any person whatsoever;

b. do not constitute, and shall not be offered or received against or to the prejudice of Defendants as evidence of a presumption, concession, or admission of any fault, misrepresentation, or omission with respect to any statement or written document approved or made by the Defendants, or against or to the prejudice of Plaintiffs or any other Class Member(s) as evidence of any infirmity in the claims of Plaintiffs or the other Members of the Class;

c. do not constitute, and shall not be offered or received against or to the prejudice of Defendants, the Named Plaintiffs, and any other Class Member(s), or their respective counsel, as evidence of a presumption, concession, or admission with respect to any liability, damages, negligence, fault, infirmity or wrongdoing, or in any way referred to for any other reason against or to the prejudice of any of the Defendants, Named Plaintiffs, other members of the Class, or their respective counsel, in any other civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Settlement;

d. do not constitute, and shall not be construed against Defendants, the Named Plaintiffs, or any other Class Member(s), as an admission or concession that the consideration to be given hereunder represents the amount which could be or would have been recovered after trial; and

e. do not constitute, and shall not be construed as or received in evidence as an admission, concession, or presumption against the Named Plaintiffs or any other

Class Member(s) that any of their claims are without merit or that damages recoverable in the Action would not have exceeded the Settlement amount.

13.     In the event that the Settlement does not become effective in accordance with the terms provided therein, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement and shall be vacated; and in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement.

14.     Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement.

15.     Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (i) implementation of the Settlement; (ii) any award or distribution of the Class Settlement Fund; (iii) disposition of the Class Settlement Fund; (iv) all Settling Parties for the purpose of construing, enforcing and administering the Settlement and this Judgment; and (v) all other matters related or ancillary to the foregoing.

**IT IS SO ORDERED.**

Dated:   February 17, 2022

_____

HON. R. GARY KLAUSNER
United States District Judge

[Proposed] FINAL ORDER AND JUDGMENT

# EXHIBIT A

| Class Member Name |
| --- |
| INAYA, MUSTAFA |
| SHAMOON, SAIFAN |
| MOSHI, LAYTH |
| BRAN, PEDRO ANTONIO |
| UZHAKHOV, USMAN MAGOMETOVICH |
| UGALDE, JOSE LUIS |
| TRAN, TRONG MINH |
| GILL, CHAINVARINDER |
| ISAACS, DONAVON |
| AGUILAR, BECKER ELIU |
| TSOLAKYAN, MIKAYEL |
| ELBASHIER MOHAMED, ELHINDI |
| LEWIS, IRVING ED |
| MEKAEL, ANTWAN |
| TATLA, INDERPAL SINGH |
| INTERIANO, GARY |
| SILL, GOVIND |
| BUIE, CRAIG |
| SPENCER, TRAVIS LEONARD |
| GOAD, DAVID LAMAR |
| HAMID, REFAT |
| MITCHELL, DAVID MARCELLA |
| AGUILAR, ROBERTO R. |
| VIORATO LOPEZ, JOSE LUIS |
| MOORE, DENNIS |
| AL BARBARAWI, ISSAM |
| ABDELHALIM, YASSER |
| HASAN, MAHMOUD |
| ABDUL KHALEK REBOLLOO, TUFIK JIHAD |
| ROSAS, JOSE C |
| YOUSIF, RAAD HEKMET |
| ABARCA, RINGO |
| ALEXANDER, MARION |
| BERRIEN, RICKESIA EVETTE |
| PERERA, ANTON |
| JOHNSON, BRADLEY M. |
| DAVIS, BLAIR E. |
| SCOTT, TODD ALEXANDER |
| POOLE, MICHAEL LASHAWN |
| DAMPEER, RICKY LEWIS |
| DAY, DARRELL |
| DECOUD, LAWRENCE M |
| PEREZ, JAVIER LOPEZ |
| PALAFOX, GUILLERMO |
| C HASKELL, CHARLES |
| RANGEL, JORGE JOSE |

| Class Member Name |
| --- |
| PEREZ CHAVEZ, JULIO |
| DRESSLER, CHRISTOPHER A |
| HIRMIZ, MARIO |
| GAYTAN, ERMILIO FELIPE |
| WILLIAMS, TRACY |
| PHELPS, BRIAN |
| CASTRO, JOSE |
| NUNEZ ALBA, PABLO |
| AMADOR NUNO, LEOPOLDO A |
| VILLA, CARLOS DAVID |
| ROSILES, MANUEL |
| SRAI, NIRMAL |
| MENDOZA, HECTOR |
| CASTRO, ALEJANDRO JOSE |
| NUNEZ DUARTE, FELIX |
| SUTTON, JOHN THOMAS |
| NORTH, ROBERT |
| LUDDEN, ALVIN JAMES |
| SINGH, ASHWINDAR |
| COBBS, KENNETH |
| WILLIAMS, THEODORE RAY |
| ALCALA, MAURICIO |
| VALENZUELA, JORGE LUIS |
| RUADA, JOSE W |
| VENTURA CHAVARRIA, JOSE |
| ACKLING, MICHAEL D |
| HARO, HECTOR |
| RUIZ, VIRGILIO JUAREZ |
| CEBALLOS, ROBERT |
| RAY WHITE, JIMMY |
| BUESA, FRANK |
| MARTIN, DAMONIQUE |
| GUERRERO LOOR, LUIS ANTONIO |
| CASTRO, JESUS |
| THOMPSON, DOUGLAS |
| PALOMINO, JORGE |
| LOPEZ, JOEL |
| ZAMORA, EMANUEL |
| SHEPHERD, DERRICK |
| FLORES, SERGIO |
| THOMAN, FLOYD STANLEY |
| LOPEZ ANGULO, JOSE ZARATIEL |
| MENDOZA, EDGAR |
| GONZALEZ, LUIS |
| HEARST, TIMOTHY |
| LEAL, DANIELL |

| Class Member Name |
| --- |
| SALCEDO, HUGO |
| MENDOZA, RICARDO |
| LOPEZ, MIGUEL |
| SMITH, WALTER ROBERTO |
| MUNOZ, JOSUE |
| NEWTON, PAUL JULIAN |
| PARTIDA, CARLOS |
| GALAVIZ JR, MIGUEL |
| MITCHELL, JERRY |
| REDD, JAVAR DANDRE |
| FELIX JR, RUDOLPH |
| SOWELL, MARCUS |
| MIZIOLEK, TOMASZ |
| HOYOS, GERMAN GALLEGO |
| WILLIAMS, STANLY BERNARD |
| DIAZ, ERNESTO MARTIN |
| GARCIA, MANUEL DOZAL |
| BEDOLLA, JORGE JAVIER |
| RIVERA, FRANCISCO |
| ALFARO, BENJAMIN |
| HARO, MAURILIO |
| HERNANDEZ, VICTOR M. |
| PONCE-WARD, JOSE MANUEL |
| ZAPIEN, BRIAN |
| GUTIERREZ, VICENTE |
| MORAN, MARSIANO |
| ROJAS, RICARDO MANUEL |
| LARA, JESUS |
| GARCIA, ISMAEL |
| YAZELL, BRUCE E. |
| MOORE, LARRY DEWAYNE |
| THOMAS, JEREMY CARL |
| CALDERA, EVERARDO |
| FAVELA, MIGUEL OSCAR |
| CERVANTES, JOSE |
| CRUZ, ARTHUR T. |
| HART, ANDRE LAMAR |
| MENDEZ, MEDARDO |
| DEON, TERRY LYNN |
| RAMIREZ, JOSE ANGEL |
| ANTONIO FRIAS, JOSE |
| FIGUEROA, FRANKLIN |
| GARCIA, ABRAHAM |
| RODRIGUEZ, ISIDRO |
| MARSHALL, KEITH L |
| CUADROS, ROSIE |

| Class Member Name |
|---|
| ZENDEJAS, HERMAN |
| MORALES, JOE SONORA |
| LEE WILLIAMS, CHRISTOPHER |
| RAWLS, REGINALD |
| LUKE, KEVIN |
| CANTY, ISAAC BLAKE |
| WOODS, VERNON ALEXANDER |
| FIGUEROA, JOSE ALEJANDRO |
| ROMERO, CARLOS |
| RODRIGUEZ, CARLOS |
| NATHAN MCKENZIE, HOWARD |
| GRANADOS ALVIDREZ, DANIEL |
| CASTRO III, JOHNNY |
| TORRES, MICHAEL F. |
| LEYVA, JESUS |
| SERMENO, ANGELICA |
| STEVENS, DAVID MARTIN |
| BROWN, WALTER |
| HOWARD JR, KENNETH F |
| FIGUEROA, RAUL ARMANDO |
| MEAVE, JOSE LUIS |
| RODRIGUEZ, JOSE L. |
| C HERNANDEZ, ERIC |
| ZAMORA, CHRISTIAN |
| MALDONADO, JAVIER |
| RAMIREZ, FERNANDO GARCIA |
| OLMASSAKIAN, VAHE |
| CAMPOS-FRANCO, RAFAEL |
| PEREZ, SALVADOR |
| FRANCO, RICARDO ALBERTO |
| LEO SCOTT, PETER |
| GAITAN, NAPOLEON |
| DURAN, MIGUEL |
| SALAZAR, ROBERT |
| GONZALEZ, JOSE |
| BROWN, THOMAS EDWARD |
| LOPEZ, GUILLERMO |
| PRIETO, ARMANDO |
| WEST, TROY ALLEN |
| RODRIGUEZ, MARCO ANTONIO |
| RIVERA, EDGAR JOSE |
| DAVIS, FREDERIC MICHAEL |
| MARQUEZ, FLORENCIO |
| MONTENEGRO, MARIO ANIBAL |
| ALCALA, CARLOS |
| LEDESMA, JOSEPH LUIS |

| Class Member Name |
| --- |
| FUENTES, DAVID RAUL |
| WATSON, DAVID |
| TADEO JR, JOHN |
| JARAMILLO, GUS |
| RAMIREZ, ALFREDO |
| SANDEZ, HUGO |
| PARADA, EDWIN OSWALDO |
| ROCHA, ARTEMIO |
| MCARTHUR YOUNG, KEITH |
| CESAR MARTINEZ CAMPILLO, JULIO |
| MARTINEZ, MANUEL OSCAR |
| JOEL WIECHENS, CORBIN |
| HERNANDEZ, LUIS E |
| BERNAL, ADALBERTO |
| CHAVEZ, FRANCISCO ANTONIO |
| GONZALEZ, MAURICIO |
| LEON LOPEZ, ENRIQUE |
| RODRIGUEZ, JOSE LUIS |
| HERRERA ISLAS, JESUS |
| RIVERA AMADOR, MARIO |
| RUIZ VASQUEZ, FAUSTINO |
| BONILLA, LUIS |
| SANCHEZ, EMER A. |
| ROCHA, JUAN ERNESTO |
| CHIBUKHCHYAN, ARMEN |
| DE LA CRUZ MORENO, ISMAEL |
| KALKAT, SANDEEP S |
| MERIDA, JULIO E |
| MONTES, MARLON |
| SANDOVAL VILLA, PABLO |
| PEREZ SMITH, MARTIN |
| LOPEZ, JOSE ABRAHAM |
| GUTIERREZ DURAN, OCTAVIANO |
| GOMEZ ARTEAGA, RAYMUNDO |
| GARCIA, RUBEN |
| MARTINEZ CRUZ, MARIO |
| MOLINA, LUIS R. |
| RAMIREZ, JOSE |
| JIRJEEZ, SAL |
| SINGH, GURWINDER |
| DIAZ, RAFAEL |
| HERNANDEZ, JOSE LUIS |
| SANDOVAL, HUGO ODILIO |
| BARRAZA, ELIAS ARMANDO |
| RAMIREZ, CARLOS FERNANDO |
| SALGADO, FELIPE |

| Class Member Name |
| --- |
| BURTON, CHRISTOPHER ARTHUR |
| LOPEZ, CARLOS NOEL ORTEGA |
| VASQUEZ, JUAN MANUEL |
| SANDHU, HARDEEP |
| SANDHU, GURDEEP |
| RAMIREZ PALACIOS, SAMUEL |
| KUMAR, ASHISH |
| VILLALVAZO CHAVEZ, JAIME |
| MADRID, SILVERIO |
| DHILLON, AMARJOT SINGH |
| BOLANOS, RAFAEL HARO |
| ALVARADO, JOSE ANTONIO |
| SANTOSCOY, JORGE |
| LEAL, ARTURO |
| MEDINA, ANICETO |
| GONZALEZ, VIRGILIO |
| ALVARADO ESPINOZA, ARNULFO |
| LANDEROS, RUBEN OCHO |
| ZAZUETA, MARCO ANOTNIO |
| VALERIO, FRANCISCO |
| CAZAREZ LOPEZ, JOSE ARMANDO |
| RUELAS GARCIA, JORGE EDUARDO |
| MEJIA, ATENOGENES CORONEL |
| GUZMAN, JANIS ANTONIO |
| MIRANDA, MARIO MATA |
| ELIAS, METHAK |
| ZILFA, SAM SABAH |
| ZILFA, RYAN |
| SOLTERO, GABRIEL |
| VALDEZ, RAUL |
| RETENA-ELIZARRARAZ, JAVIER |
| MACIAS, CARLOS |
| AGUIRRE, JAIME |
| CRUZ, JOSE MANUEL |
| SINGH, BHUPINDER |
| PEREZ, NEFTALY |
| GALVAN, ALBERT |
| F MARTINEZ, MARIO |
| MONROY, OSWALDO |
| CHRISTOPHER, FRED PAUL |
| MARKOVICS, KEVIN |
| SAHIB, OMAR |
| ALJBORY, ALI, F/K/A HUSSEIN, ALI |
| HERNANDEZ, IGNACIO |
| ESQUER, MARIO |
| HERNANDEZ, ERNESTO |

| Class Member Name |
| --- |
| MARTINEZ, JAIRO MORENO |
| MENDOZA, HELADIO CLIMACO |
| CARREON, JESUS |
| ALVAREZ, REYES |
| VALDIVIA, JESUS |
| RAMIREZ, NICANOR |
| MEJIA FLORES, CARLOS H |
| GOMEZ, MIGUEL ANGEL |
| HIDALGO CORRALES, JOSE HENRY |
| ACOSTA, RUBEN EZIO |
| ALVAREZ, JOSUE ISRAEL |
| ALCALA, JOSE MARTIN |
| C CASTANEDA, JUAN |
| ACOSTA, REYNALDO GOMEZ |
| SANCHEZ, BRIAN ALLEN |
| LOPEZ, RAUL ORTIZ |
| RIVERA, ERNESTO |
| CALDERA, JULIO ANTONIO |
| RODRIGUEZ, MARTIN |
| FUNES MUNOZ, WILLIAM ISAAC |
| GUTIERREZ, FERNANDO |
| GOMEZ, GABRIEL |
| SOLIS SANCHEZ, JOSE JAVIER |
| PEREZ, DOMINGO |
| FLORES, ALLEN |
| CRUZ BONILLA, JOSE B |
| LOPEZ, RUDY ALBERTO |
| KORKES, LORANS |
| LOPEZ VILLAREAL, OSCAR IVAN |
| SINGH, MANJIT |
| ACHA ALIPIO, ENRIQUE |
| TAMAYO, DELIA |
| PAZ MENDOZA, MAXIMINO |
| ALANIZ, EDGAR ULISES ALEJO |
| ISLAS JR, JUAN MANUEL |
| HERNANDEZ, GREGORIO LOMELI |
| SALAZAR, ARTURO |
| GIRON, CELSO |
| RIVERA, RAUL |
| BELTRAN, ALVARO |
| MARTINEZ VALDEZ, LUIS JESUS |
| FRASQUILLO CARDOSO, JORGE ENRIQUE |
| LOPEZ, MARIO ALBERTO |
| MOSQUEDA, SERGIO |
| RUIZ, VICTOR |
| ARCEO, VICENTE |

| Class Member Name |
| --- |
| SINGH, HARAMRIT N |
| LIZARRAGA, RUBEN |
| MENERA VARGAS, JULIO |
| AVILA, SERVANDO |
| VALDIVIA, JACK |
| ALVARENGA, JOSE CARLOS |
| GORGES, WAAD |
| DHILLON, JASPAL SINGH |
| ELIAS, RICARDO ANTONIO |
| RAMIREZ, JAVIER |
| LARA, JOSE AMILCAR |
| FUENTES ROQUE, MAURICIO |
| WHITE, MICHAEL ALLAN |
| SINGH, JOGA |
| GARCIA, JUAN |
| CATARINO SANCHEZ, JUAN MANUEL |
| DASHTO, TONY |
| OROZCO GARCIA, REYES DE JESUS |
| GARCIA, JOSE A |
| HERRERA, MARTIN |
| SALAZAR OROZCO, FRANCISCO ARMANDO |
| KUFFO, LUIS E |
| AGUILAR HERNANDEZ, LUIS A |
| CHAVEZ OLIVAREZ, MIGUEL |
| BARRAGAN, JOSE DAVID |
| MURRIETA, CARLOS |
| PARRILLAS MARTINEZ, OSCAR |
| SINGH, NARINDER |
| MONTANO CARVAJAL, EDUARDO |
| YUK, SOPHEAROATH |
| PAHUAMBA, JAVIER PABLO |
| ESCOBEDO HERNANDEZ, RODRIGO |
| CEVALLOS, DAVID S |
| ALVAREZ, JOAQUIN |
| PAYAN, JOSE AMBROCIO |
| CARRILLO, PEDRO |
| ROMO ROMERO, JESUS |
| SERPAS, FRANKLIN SAUL |
| ARREOLA, DONACIANO |
| RODRIGUEZ, EDGAR NAVARRETE |
| GARCIA, CANDELARIO |
| SANCHEZ, CELIN A |
| ORDONEZ, JUAN F NIEVES |
| PLEITEZ, NEFTALY |
| QUINTEROS, MARVIN ALEXANDER |
| GARCIA GONZALEZ, GUADALUPE |

| Class Member Name |
|---|
| HERRERA, JOSE SANTIAGO |
| CHAVEZ, FRANCISCO |
| RODRIGUEZ, RAMON |
| RODRIGUEZ, MAURICIO |
| CONTRERAS, MIGUEL |
| MARTINEZ, ARMANDO |
| ZERMENO, EDGAR FRANCISCO |
| AGUILAR, MANUEL |
| SINGH, JASWINDER |
| ATWAL, KULWINDER SINGH |
| DHANOA, IQBAL |
| PEREZ CORTES, JESUS A. |
| HALL, RANDY JAMES |
| POZUELOS, RAFAEL |
| PENILLA, CARLOS ANTONIO |
| ALBERTO RAMIREZ, LUIS |
| BARRETO, JOSE |
| ARELLANO, VICTOR CORTES |
| GOMEZ, GABRIEL |
| KRAMER, ALEX |
| BONILLA, ALVARO FERNANDO |
| GIRON, MARIO |
| CHAMORRO, ANIBAL |
| JHAJJ, KASHMIRA |
| BUKSH, SHAMEER |
| TREJO, LEONARDO |
| RIVAS PINEDA, OSWALDO |
| RAMOS, EDUARDO BENITO |
| SOSA LOPEZ, ALEXANDER |
| IFEACHO, KINGSLEY |
| RAMIREZ IBARRA, RICARDO |
| CAUDILLO LOPEZ, LUANGEL |
| LOMELI, JOSE ANGEL |
| ZEPEDA, GILBERTO |
| IBARRA, TOMAS |
| LOPEZ FUENTES, OSCAR A |
| VELAZQUES DIAS, MANUEL |
| FELIX MOJICA, ARTURO |
| THEWENY, SARMAD |
| HIDALGO, MARLO A CRUZ |
| DACOSTTA MARMOLEJOS, WILLIAM A |
| SINGH, UPINDER |
| RIVERA LIZARRAGA, ALBERTO |
| LOPEZ, ROBERTO |
| LOPEZ, EFRAIN PLASCENSIA |
| CEBALLOS, SERGIO J. |

| Class Member Name |
|---|
| FLORES, DAVID |
| IBARRA, ROGELIO |
| VERDUZCO,  JULIO C. |
| GOMEZ, ALLAN JAVIER |
| LEON, FREDI RAMON LEAL |
| VALDEZ ZAMBANO, COSME D |
| TORRES, ROBERT CHARLES |
| MARTINEZ, JOSE O |
| NERIO JUAREZ, RENE GUSTAVO |
| ELIZALDE, JOSE C. |
| SEDEEK, MUSTAFA TAHA |
| SAENZ, CARLOS |
| TORRES SANDOVAL, RIGOBERTO |
| LARRAIN, GIOVANNE A SANABRIA |
| SANCHEZ, EFREN |
| TORRES, HUGO |
| MONGE, DENIS X. |
| NAVARRO DELGADO, OSCAR |
| PAREDES, LEODAN |
| RODRIGUEZ, OSCAR |
| DA SILVA, GRANT ANTHONY |
| LUGO, GUILLERMO |
| LOPEZ, ANTONIO |
| GAZCON, FERNANDO |
| MORENO MORA, PEDRO |
| FLORES, ALFONSO |
| LUNA, HORACIO |
| PEREZ GAMBOA, FRANCISCO AARON |
| RODRIGUEZ VARGAS, ALFREDO |
| DANIAL, DANIAL |
| BARRERA, CARLOS |
| GOMEZ, ANGEL |
| DIAZ AGUILAR, JUAN M |
| ARBY, TAREQ |
| ORTIZ, FELIX |
| ZEDAN, MEJDY GHAZI |
| MENDEZ, DAGOBERTO ABAC |
| AVALOS, ADOLFO ROGELIO |
| PAZ, JOSE A. |
| TIRADO, JESUS LOZANO |
| ALVARADO PAEZ, JOSE ISRAEL |
| VILLATORO, EDGARDO |
| FLORES NUNEZ, JOSE DE JESUS |
| ALDRETE, RUBEN |
| CABRERA, JOSE F |
| CONTRERAS, ABEL |

| Class Member Name |
|---|
| GONZALEZ, CARLOS |
| FRANCO, FRANCISCO |
| IGLESIAS, CRISPIN |
| TRUJILLO, PABLO |
| GUERRERO SEGURA, ALEJANDRO |
| CAZAREZ, JAVIER |
| GONZALEZ, JOSE RAUL |
| PERAZA, JOSE T |
| GONZALEZ, RAUL |
| ORTIZ, JAVIER G |
| ALVAREZ SURUKI, CARLOS |
| TORRES, SERGIO |
| DISUS, ALBERT |
| DOMINGUEZ, GUILLERMO |
| SOTO PEREZ, JUAN |
| YEGIAZARYAN, ARMEN |
| ROBINSON, JONTE LEE |
| TERAN, FRANCISCO |
| SERRANO, JORGE |
| VALDOVINOS, RODRIGO ITURBURO |
| MONTIEL, ARMANDO |
| DOMINGUEZ DIAZ, RODOLFO |
| MELENDEZ, NESTOR ANTONIO |
| CRUZ NORORI, LESTER G |
| PAZ, GILBERTO SANTOS |
| BHANGU, HARINDER SINGH |
| FIGUEROA RANGEL, LUIS MARTIN |
| MORENO, JESUS EDUARDO |
| NEIDIFFER, JOSE MARTIN |
| GONZALEZ, FRANCISCO |
| GONZALEZ VILLASENOR, SALVADOR |
| GOYAL, ANIL |
| TIMBO, ALHAJI |
| QUINTANAR GUEVARA, GERARDO |
| ROMERO, JUAN DESIDERIO |
| MIRANDA CORDOVA, FRANCISCO ANTONIO |
| SANDOVAL ESCALANTE, HECTOR |
| LOPEZ MORAN, MARIO |
| FERNANDEZ, KARLA |
| COTTO, FERNANDO |
| REYES CARDENAS, LUIS |
| GARDUNO PEREZ, JOSE GUADALUPE |
| PAULIK, VICTOR |
| CAMPOS, ALFONSO LIMON |
| THOMAS, MORRIS KENDRICK |
| MORA, ERICK JOSE |

| Class Member Name |
| --- |
| TISTOJ, MYNOR OSWALDO |
| FLORES, BRYAN |
| DE LEON, FREDY ROLANDO |
| MONZO NQUEVEDO, BYRON |
| GONZALEZ, JORGE |
| ISCOA, JOSE FRANCISCO |
| SINGH, HARBANS |
| MIKHA, RAMI |
| MEZA, JUAN CARLOS |
| HERNANDEZ, MIGUEL EMILIO |
| SANCHEZ, GERARDO |
| AGUILAR, EDDY RAUL |
| MORENO CARRASCO, RODOLFO |
| ROJAS, JOSE OSCAR |
| MALDONADO, TONI E PEREZ |
| HERNANDEZ, JUAN CARLOS |
| SOTO PRIETO, MARTIN |
| MIGUEL ORTIZ, ANGEL |
| GARCIA, OSCAR EDUARDO |
| QUIROZ, MIGUEL |
| MAZARIEGOS, FRANCISCO G |
| SOSA, RAFAEL ANTONIO |
| CAMINOS, JULIO A |
| MARTINEZ MARQUEZ, JORGE |
| ORTIZ BRAVO, SIGIFREDO |
| GARCIA, ALEJANDRO |
| ROSAS, CESAR |
| SOTO, JUAN |
| PIMENTEL, PEDRO |
| GOMEZ ROSA, JULIO FERNANDO |
| SINGH, JAGAT BIREN |
| ALVAREZ, ANGEL |
| SANTIESTEBAN RODRIGUEZ, ISRAEL |
| OLGUIN GUTIERREZ, ALEJANDRO |
| GUZMAN, MIGUEL MOLINA |
| COBIAN, JULIO C |
| RUIZ, MARCO A |
| MORENO, ULYSES ISMAEL |
| BRIBIESCAS, JUAN MANUEL |
| ARIAS GARCIA, PABLO |
| JAVIER REGALADO JR, FRANCISCO |
| HUSSEIN, SAHARDID A. |
| SULTANOV, VIDADI |
| ROCHA, GERARDO |
| VILLA HERRERA, CESAR ABELINO |
| TOTEV, SABIN ATANASCOV |

| Class Member Name |
| --- |
| ZARAGOZA DIMAS, GERARDO |
| ALSADOON, MOHAMMED |
| SHEKHAR, VINOD KUMAR |
| SAEED, SAEED Z |
| CERROS, JOSE DARWING |
| GUILLERMO AGUIAR, LUIS |
| SINGH, HARPINDER |
| AYALA, DANILIO DE JESUS |
| CHAVEZ-MONTANO, ARTURO |
| ZOURI, STEVEN |
| WRIGHT, DONNELLY LEANDER |
| MIXON, ANTONY DUSCHE |
| LOPEZ, JOSE CARLOS |
| HILLS, RONALD LYNN |
| ALVAREZ JR, ALEJANDRO |
| CABRAL, ALEJO |
| CHUN, EDGAR FRANCISCO SANTAY |
| MANZO, ERIC |
| BARRAGAN, FEDERICO |
| HERNANDEZ, FEDERICO |
| KACOGUI, JOSE L. |
| LEMUS, MIGUEL A |
| LOE, RAFAEL SERVIN |
| FITE, REGENIA |
| AGUAYO, REYMUNDO CASTRO |
| MARTINEZ, RICARDO |
| SHAMON, ROBERT |
| PARRA MACIAS, ROBERTO |
| MALDONADO, IVAN |
| SALGADO, MARIO |
| GARBA,MURTALA |
| SARMIENTO ROJAS, ARMANDO |
| DUNAWAY RIZO, MICKER EDEN |